In the Matter of IRA S., Respondent, v LAUREN S., Respondent.

In the Matter of the Custody of MAX S. and Another, Infants. LAUREN S., Respondent; NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. LAW GUARDIAN, Appellant.

Submitted March 27, 2006; decided April 4, 2006

Motion for leave to appeal dismissed upon the ground that appellant, having taken no appeal to the Appellate Division, may not appeal to the Court of Appeals from the Appellate Division order of affirmance.

MAIL BOXES ETC. USA, INC., Respondent, v RUPERT HIGGINS et al., Appellants.

Submitted January 17, 2006; decided April 4, 2006

On the Court's own motion, appeal, insofar as taken on behalf of H.T.A., Inc. by Rupert Higgins, dismissed, without costs, upon the ground that Rupert Higgins is not H.T.A., Inc.'s authorized legal representative (see CPLR 321 [a]); appeal, insofar as taken by Rupert Higgins on his own behalf, dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay etc. dismissed as academic.

In the Matter of ROBERT P. MEEGAN, JR., as President of Buffalo Police Benevolent Association, et al., Appellants, v ANTHONY MASIELLO, as Mayor of the City of Buffalo, et al., Respondents.

Submitted March 20, 2006; decided April 4, 2006

Motion by the National Education Association of New York for leave to appear amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed.